# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN ALEXANDER RASHAD
LARKINS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
AND WILLIAM HUTCHINGS,
WARDEN,
Real Parties in Interest.

No. 83752

FILED

DEC 03 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original pro se petition for a writ of mandamus or prohibition seeking the application of credits to petitioner's sentence pursuant to statutory amendments made to NRS 209.4465 in the last legislative session.

At the outset, we note that petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted.").

Moreover, having considered the petition, we are not persuaded that writ relief is warranted because petitioner has a plain, speedy, and

21-34520

adequate remedy available to him by way of an appeal from the district court's denial of such relief in the first instance. "A postconviction petition for a writ of habeas corpus is 'the only remedy available to an incarcerated person to challenge the computation of time that the person has served pursuant to a judgment of conviction.'" *Williams v. Nev., Dep't of Corr.*, 133 Nev. 594, 596, 402 P.3d 1260, 1262 (2017) *quoting* NRS 34.724(2)(c); *see also Pan*, 120 Nev. at 224, 88 P.3d at 841 (writ relief is proper only when there is no plain, speedy, and adequate remedy at law). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:     Justin Alexander Rashad Larkins
        Attorney General/Carson City
        Eighth District Court Clerk